IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DONALD WATSON and
TONYA WATSON                                                              PLAINTIFFS

v.                              Case No. 1:16-cv-1051

JUSTIN PIETSCH and
UNIFIRST HOLDINGS, LP                                                     DEFENDANTS

## ORDER

Before the Court is a Stipulation For Dismissal With Prejudice. ECF No. 116. The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties stipulate to the dismissal of this action with prejudice. Accordingly, this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**, this 19th day of February, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge